# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **JONATHAN ZIEGLER,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:18-CV-1577 |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **CITY OF ST. LOUIS, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING MOTION TO DISMISS

In connection with the defendants' pending motion to dismiss the latest amended complaint [ECF 108], defendants respectfully call to the Court's attention the recent opinion of the United States Court of Appeals for the Eighth Circuit, *Quraishi v. St. Charles County,* No. 19-2462, filed January 28, 2021, which appears to have pertinence regarding the issues of qualified immunity raised in the pending motion. A copy of said opinion is attached hereto.

Respectfully submitted,
MICHAEL A. GARVIN
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671(MO)
Deputy City Counselor
dierkerr@stlouis-mo.gov
Brandon Laird 65564(MO)
Abby Duncan 67766(MO)
Associate City Counselors
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956