# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

JONATHAN ZIEGLER, )
)
        Plaintiff, )
)
    v. )   Case No. 4:18-CV-01577 JAR
)
)
CITY OF ST. LOUIS, MISSOURI, et al., )
)
        Defendants. )

## STAY ORDER

The Court is in receipt of the parties' Notice of Settlement and request that the Court continue the stay of this matter pending final approval of class certification in *Street, et al. v. O'Toole*, Case No. 4:19-cv-02590-CDP, at which point Plaintiff will move to dismiss this matter. (Doc. No. 170). For good cause shown, the Court will extend the stay.

**IT IS FURTHER ORDERED** that Defendants' pending motion for summary judgment [154] is **DENIED without prejudice as moot**.

**IT IS FURTHER ORDERED** that the February 27, 2023 trial setting is **VACATED.**

Dated this 20th day of December, 2022.

John A. Ross

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**