**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

JONATHAN ZIEGLER,               )
                                )
        Plaintiff,              )
                                )
    v.                          )    Case No. 4:18-CV-01577 JAR
                                )
                                )
CITY OF ST. LOUIS, MISSOURI, et al.,   )
                                )
        Defendants.             )

**ORDER**

In light of the Court's preliminary approval of a class action settlement agreement and conditional approval of the settlement class in *Street, et al. v. O'Toole*, Case No. 4:19-cv-02590-CDP, encompassing Plaintiff's claims in the present case,

**IT IS HEREBY ORDERED** that Plaintiff's motion to exclude testimony is **DENIED as moot**. (Doc. 143).

Dated this 27th day of February 2023.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**