**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JONATHAN ZIEGLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 4:18-cv-01577-JAR |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ORDER

The parties have notified the Court of a settlement in *Street, et al. v. O'Toole*, 4:19-cv-02590-CDP, pursuant to which the present case will be included in a class settlement, subject to approval by the Court in the primary case. (Doc. 170). A final approval hearing in that case is set for June 13, 2023.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than seven days following final approval of class certification in *Street, et al. v. O'Toole*, 4:19-cv-02590-CDP, the parties shall file dismissal papers with respect to the instant case. All activity and pending deadlines in this case are **STAYED** until that time, and this case is administratively **CLOSED**.

Dated this 15th day of March 2023.

*John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE